UNITED STATES DISTRICT COURT FOR ARIZONA

SANDRA DAY OCONNOR FEDERAL BUILDING

401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

DAVID WHITEHEAD,

        PLAINTIFF,    |    **CV23-02497-PHX-JJT**

V.



GRAND CANYON UNIVERSITY,

AND

Araxi Hovhannessian,

3300 W. Camelback Road Phoenix, AZ 85017

        DEFENDANTS.

COMPLAINT: SLANDER PER SE (DEFAMATION OF CHARACTER)

On December 6, 2022, Defendant Araxi Hovhannessian in her official capacity as an Instructor at Grand Canyon University slandered plaintiff's good name, along with another student Grace Amaechi by writing that they had something special going on in the academic environment of the online class. In short, the defendant instructor Hovhannessian improperly made slanderous remarks in a subtle way concerning plaintiff and his classmate Grace Amaechi, stating that they had some sort of special academic communications ongoing in the online class. The defendant's remark on its face provides actual slander and/or actual defamation of character which caused fear within the academic community of the online class, preventing Grace from communicating and/or supporting plaintiff's writing and analysis. Grace only replied to the plaintiff's work only once after the instructor's remark.

1

The action of the defendant instructor Hovhannessian clearly demonstrated academic bias and defamation of character with purposes to inject psychology harm and fear towards the PLAINTIFF and his good name. Defendants action injected fear to the plaintiff, classroom and other student.

Defendant Grand Canyon University is liable for Instructor's above mentioned action. Plaintiff will amend his complaint adding other claims after he properly contact entities pursuant to the Department of Education guidelines.

## Count 1:
## Defamation of character

Defendants slandered plaintiff's good name by making a statement that he and student Grace had something going on academically within the online class. This impact statement was to harm the plaintiff's good name, along with the other student.

DEMAND FOR $1,000,000.00 (ONE MILLION DOLLARS) AND TRIAL BY JURY.

*[signature: David Whitehead]*

David Whitehead
1906 Scott St.
Bossier, Louisiana 71111
Email: Daouddavidlouis@yahoo.com
Telephone Number: 318- 820-5029 cell

2